FILED: November 2, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1828
(1:20-cv-01110-CCB)

_____

MARVIN DUBON MIRANDA; AJIBADE THOMPSON ADEGOKE; JOSE DE LA CRUZ ESPINOZA

      Plaintiffs - Appellees

v.

MERRICK B. GARLAND, Attorney General; ALEJANDRO N. MAYORKAS, Secretary; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director; DAVID L. NEAL, Director; JANEAN OHIN, Acting Director; WILLIAM DELAUTER, Corrections Bureau Chief; JACK KAVANAGH, Director; DONNA BOUNDS, Warden

      Defendants - Appellants

------------------------------------------------

CONSTITUTIONAL ACCOUNTABILITY CENTER; LEGAL AID JUSTICE CENTER; THE ROUNDTABLE OF FORMER IMMIGRATION JUDGES; AMERICAN IMMIGRATION LAWYERS ASSOCIATION-DC; AYUDA, INC.; THIRTY SOCIAL SCIENCE SCHOLARS AND RESEARCHERS

      Amici Supporting Appellee

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

                For the Court

                <u>/s/ Patricia S. Connor, Clerk</u>